**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WESLEY POLLARD, SR.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **C.A. No. 20-194 Erie** |
| | ) | |
| **v.** | ) | **District Judge Susan Paradise Baxter** |
| | ) | **Magistrate Judge Richard A. Lanzillo** |
| **SUPERINTENDENT MICHAEL** | ) | |
| **CLARK, et al.,** | ) | |
| **Defendants.** | ) | |

**MEMORANDUM ORDER**

Plaintiff Wesley Pollard, Sr., an inmate incarcerated at the State Correctional Institution

at Albion, Pennsylvania, commenced this action by filing a *pro se* civil rights complaint

accompanied by a motion for leave to proceed *in forma pauperis* ("ifp motion") [ECF No. 1], on

July 10, 2020. Named as Defendants are thirteen employees of the Pennsylvania Department of

Corrections, most of whom are employed at SCI-Albion. Plaintiff raises three clams: a First

Amendment retaliation claim arising from his request for a "z code" to avoid having a cellmate;

an Eighth Amendment claim objecting to his conditions of confinement; and a Fourteenth

Amendment due process claim regarding his custody in the Restricted Housing Unit, the

investigation of his grievances, and the alleged fabrication of his prison records. This matter was

referred to United States Magistrate Judge Richard A. Lanzillo for report and recommendation in

accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the

Local Rules for Magistrates.

On March 10, 2021, Defendants filed a motion to dismiss Plaintiff's complaint for failure

to state a claim upon which relief may be granted [ECF No. 17], to which Plaintiff filed a brief in

opposition [ECF No. 24]. On November 4, 2021, Magistrate Judge Lanzillo issued a report and

recommendation ("R&R") recommending that Defendants' motion to dismiss be granted and

that each of Plaintiff's claims be dismissed without prejudice to Plaintiff's right to amend his

complaint to allege additional facts sufficient to support each claim [ECF No. 27]. No timely

objections have been filed.

After <u>de novo</u> review of the complaint and documents in this case, together with the

report and recommendation, the following order is entered:

AND NOW, this 13th day of December, 2021;

IT IS HEREBY ORDERED that Defendants' motion to dismiss Plaintiff's complaint

[ECF No. 17] is GRANTED, and Plaintiff's complaint is DISMISSED, without prejudice to

Plaintiff's right to amend his complaint to allege sufficient facts to support each claim raised in his

complaint. If he desires to do so, Plaintiff must file his amended complaint within thirty (30) days

of the date of this Order. Plaintiff's failure to file an amendment within such time shall result in

dismissal of this action in its entirety, with prejudice, without further notice. The report and

recommendation of Magistrate Judge Lanzillo, issued November 4, 2021 [ECF No. 27], is adopted

as the opinion of the Court.


                                                SUSAN PARADISE BAXTER
                                                United States District Judge


cc:     The Honorable Richard A. Lanzillo
        U.S. Magistrate Judge

        all parties of record